**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: ~~99-1818-DWF/AJB~~**
00-11JRT/FLN

Bret Tilden, on behalf of
himself and all others
similarly situated,

Plaintiff,

-vs-

**NOTICE OF DISMISSAL WITHOUT PREJUDICE DEFENDANT DELIVERY VERIFICATION SERVICE**

Delivery Verification Service,

Defendant.

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, and his attorney, that the above-entitled action against Defendant Delivery Verification Service, shall be and hereby is dismissed without prejudice and on the merits, without costs or disbursements to any party and that a judgment of dismissal without prejudice may be entered in the above-entitled action pursuant hereto.

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________
Thomas J. Lyons, Jr.
Attorney I.D. #: 249646
Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
Telephone: (651) 770-9707

Dated: 2/28/00

FILED MAR 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed without prejudice

Dated: Mar. 6, 2000

John R. Tunheim, Judge
United States District Court